ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

2018 JAN 31 AM 11:23 FILED

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GERALD MARSHALL LEBOWITZ,<br>　aka "Jerry M. Lebowitz,"<br>　aka "Michael Levich,"<br>　aka "Robert Levy,"<br>　aka "Ken Steele,"<br>　aka "Keith Zimmerman,"<br><br>　　　　Defendant. | 17CR00053<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Possession with Intent<br>to Distribute Methaqualone; 18<br>U.S.C. § 1956(h): Conspiracy to<br>Commit Money Laundering] |
|---|---|

The United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 6, 2016, in Los Angeles County, within the Central District of California, defendant GERALD MARSHALL LEBOWITZ, also known as ("aka") "Jerry M. Lebowitz," aka "Michael Levich," aka "Robert Levy," aka "Ken Steele," aka "Keith Zimmerman," knowingly and intentionally possessed with intent to distribute methaqualone, a Schedule I controlled substance.

//
//

## COUNT TWO

[18 U.S.C. § 1956(h)]

Beginning on a date unknown and continuing to on or about October 6, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant GERALD MARSHALL LEBOWITZ, also known as ("aka") "Jerry M. Lebowitz," aka "Michael Levich," aka "Robert Levy," aka "Ken Steele," aka "Keith Zimmerman," and others known and unknown, conspired and agreed with each other to knowingly and intentionally conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of a specified unlawful activity, that is, distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the

//

//

control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

EILEEN M. DECKER
United States Attorney

*/s/*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

CAROL ALEXIS CHEN
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
   Enforcement Task Force Section

ALEXANDER B. SCHWAB
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force Section