

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:  Chief Deputy/Fiscal

**Re:  Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __2:17–cr–00053–CAS__
Defendant's Name:  __Gerald Marshall Lebowitz__

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on __7/18/2017__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :__7/18/2017__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via e–mail with the following:**

U.S. Marshal:  __L. Tinoco, Records Examiner/Analyst – FSA__   *(Name of Officer)*

__July 21, 2017__                By __/s/ *Grace Kami*__
Date                                         Deputy Clerk

CR–86 (11/08)                         VERIFICATION OF SURRENDER